1  Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
   **MANNING LAW, APC**
2  20062 S.W. Birch St., Suite 200
3  Newport Beach, CA 92660
   Office: (949) 200-8755
4  DisabilityRights@manninglawoffice.com

5  Attorneys for Plaintiff
6  ANTHONY BOUYER

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual, <br><br> Plaintiff, <br><br> v. <br><br> SUBWAY #3525-0, a business of unknown form; DENNIS LEON GRAY, an individual; MILDA MARIA GRAY, an individual; and DOES 1-10, inclusive, <br><br> Defendants. | Case No.: 2:21-cv-01755-DMG-JEM <br><br> Hon. Dolly M. Gee <br><br> **NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES** <br><br> Complaint Filed: February 24, 2021 <br><br> Trial Date: None Set |

NOTICE OF SETTLEMENT

1 | The Plaintiff hereby notifies the Court that a global settlement has been
2 | reached in the above-captioned case and the Parties would like to avoid any
3 | additional expense, and to further the interests of judicial economy.
4 | The plaintiff, therefore, applies to this Honorable Court to vacate all currently
5 | set dates with the expectation that the Voluntary Dismissal with prejudice, as to all
6 | parties, will be filed within 45 days.

Dated: March 24, 2021                    **MANNING LAW, APC**

                          By:   */s/ Joseph R. Manning, Jr.  Esq.*
                                Joseph R. Manning, Jr., Esq.
                                Attorneys for Plaintiff
                                Anthony Bouyer

NOTICE OF SETTLEMENT